## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:          State of New Jersey et al v. Trump et al

District Court Number:          25cv10139-LTS

Fee:     Paid?   Yes _____   No __X__   Government filer _____   *In Forma Pauperis* Yes _____   No _____

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ____ | Sealed documents | Yes ____ No _X_ |
| *If yes, document #* | 157 | *If yes, document #* | |
| *Ex parte* documents | Yes _X_ No ____ | Transcripts | Yes _X_ No ____ |
| *If yes, document #* | 141 | *If yes, document #* | 142 |

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _____   Other: __X__

Appeal from:

## #146 Electronic Order

Other information:

     I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #146 and #162

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __162__ filed on __February 24, 2025__.

     In testimony whereof, I hereunto set my hand and affix the seal of this Court on __February 25, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−10139−LTS</u>

State of New Jersey et al v. Trump et al

Assigned to: District Judge Leo T. Sorokin

related Case:  1:25−cv−10135−LTS

Case in other court:  USCA − First Circuit, 25−01158

USCA − First Circuit, 25−01170

Cause: 28:1331 Fed. Question

Date Filed: 01/21/2025

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of New Jersey**                    represented by    **Shankar Duraiswamy**
33 Washington St.
Newark, NJ 07102
908−507−2949
Email: shankar.duraiswamy@njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth R. Walsh**
New Jersey Office of the Attorney General
124 Halsey Street
PO Box 45029
Newark, NJ 07101
609−696−5289
Email: elizabeth.walsh@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
Massachusetts Attorney General's Office
One Ashburton Place
20th Floor
Boston, MA 02108
617−963−2282
Email: gerard.cedrone@mass.gov
*ATTORNEY TO BE NOTICED*

**Jeremy Feigenbaum**
Office of the NJ Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
609−376−2690
Email: jeremy.feigenbaum@njoag.gov
*ATTORNEY TO BE NOTICED*

**Shefali Saxena**
New Jersey Attorney General

1

124 Halsey Street
PO Box 45029
Ste 5th Floor
Newark, NJ 07102
609–696–5254
Email: shefali.saxena@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Viviana Maria Hanley**
State of New Jersey
Office of the Attorney General
25 Market Street
PO Box 080
Trenton, NJ 08625
862–350–5800
Email: viviana.hanley@njoag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Massachusetts**        represented by        **Gerard J. Cedrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared B. Cohen**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617–963–2833
Fax: 617–573–5358
Email: jared.b.cohen@mass.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**        represented by        **Annabelle Cathryn Wilmott**
Office of The Attorney General
1300 I Street
Sacramento, CA 95814
916–210–7811
Email: annabelle.wilmott@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Delbert Tran**
Office of The Attorney General
455 Golden Gate Ave.
Ste 11000
San Francisco, CA 95111
415–229–0110
Email: delbert.tran@doj.ca.gov
*ATTORNEY TO BE NOTICED*

2

**Denise Yesenia Levey**
Office of The Attorney General of the
State of California
300 S Spring Street
Ste 1702
Los Angeles, CA 90013
213–269–6269
Email: denise.levey@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irina Trasovan**
Office of The Attorney General
300 S. Spring Street
Ste 1702
Los Angeles, CA 90013
213–269–6261
Email: irina.trasovan@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Lorraine Lopez**
Office of the Attorney General of the State
of California
300 S. Spring Street
Los Angeles, CA 90013
213–269–6616
Email: lorraine.lopez@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Marissa Malouff**
Office of the Attorney General of the State
of California
300 S. Spring Street
Ste 1702
Los Angeles, CA 90026
719–252–2589
Email: marissa.malouff@doj.ca.gov
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Colorado**                    represented by  **Shannon Wells Stevenson**
Colorado Department of Law
1300 Broadway
Denver, CO 80203
720–508–6749
Email: shannon.stevenson@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*

3

*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Connecticut**                     represented by    **William M. Tong**
Office of the Attorney General
165 Capitol Avenue
Suite 5000
Hartford, CT 06106
860–808–5318
Email: ag.court.tong@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janelle Medeiros**
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860–808–5444
Fax: 860–808–5591
Email: janelle.medeiros@ct.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                     represented by    **Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa L Kassab**
Delaware Department of Justice
Carvel State Building
820 N. French St.
5th Floor
Wilmington, DE 19801
202–320–0844
Email: vanessa.kassab@delaware.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**District of Columbia**                     represented by    **Nicole Suzanne Hill**
Office of the Attorney General for the
District of Columbia
400 6th Street, N.W.
Washington, DC 20001

4

202–727–4171
Email: nicole.hill@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Hawaii                     represented by   **Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kalikoonalani Diara Fernandes**
Department of the Attorney General, State
of Hawaii
425 Queen Street
Honolulu, HI 96813
808–586–1360
Email: kaliko.d.fernandes@hawaii.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Maine                      represented by   **Sean D. Magenis**
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04330
207–626–8830
Email: sean.d.magenis@maine.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Maryland                   represented by   **Adam Kirschner**
Office of the Attorney General– State of
Maryland
200 Saint Paul Place
Baltimore, MD 21202
410–576–6424
Email: akirschner@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Nessel**                      represented by   **Neil Giovanatti**
*Attorney General*                                    MI Department of Attorney General

5

525 W. Ottawa Street
P.O. Box 30758
Lansing, MI 48909
517–335–7603
Email: giovanattin@michigan.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie M. Service**
Michigan Department of Attorney General
PO Box 30758
525 W. Ottawa St., 3rd Flr.
Lansing, MI 48909
517–335–7603
Fax: 517–335–1152
Email: services3@michigan.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toni L. Harris**
Michigan Department of Attorney General
525 W. Ottawa Street
P.O. Box 30758
Lansing, MI 48909
517–335–7603
Fax: 517–335–1152
Email: harrist19@michigan.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**                    represented by    **Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Keller**
Office of the Minnesota Attorney General
75 Rev. Dr. Martin Luther King Jr. Blvd.
Suite 102
St. Paul, MN 55155
651–757–1355
Email: john.keller@ag.state.mn.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

6

**State of Nevada**                    represented by  **Heidi Parry Stern**
                                                        Nevada Attorney General's Office
                                                        1 State of Nevada Way
                                                        Ste 100
                                                        Las Vegas, NV 89119
                                                        702–486–3594
                                                        Email: hstern@ag.nv.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gerard J. Cedrone**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Mexico**                represented by  **James Grayson**
                                                        NM Department of Justice
                                                        P.O. Drawer 1508
                                                        Santa Fe, NM 87504–1508
                                                        505–218–0850
                                                        Email: jgrayson@nmag.gov
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gerard J. Cedrone**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**                  represented by  **Stacey M. Metro**
                                                        NYS Office of The Attorney General
                                                        Civil Recoveries Bureau
                                                        The Capitol
                                                        Albany, NY 12224
                                                        518–776–2218
                                                        Fax: 518–915–7729
                                                        Email: stacey.metro@ag.ny.gov
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Zoe Levine**
                                                        NYS Office of The Attorney General
                                                        28 Liberty Street
                                                        New York, NY 10005
                                                        212–416–8329
                                                        Email: zoe.levine@ag.ny.gov
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of North Carolina**            represented by  **Daniel Paul Mosteller**
                                                        North Carolina Department of Justice

7

PO Box 629
Raleigh, NC 27602
919–716–6026
Email: dmosteller@ncdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| State of Rhode Island | represented by | **Katherine Connolly Sadeck** |
| | | RI Department of Attorney General |

RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: ksadeck@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Leonard Giarrano , IV**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: lgiarrano@riag.ri.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| State of Vermont | represented by | **Julio A Thompson** |
| | | Office of the Vermont Attorney General |

Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609–1001
802–828–5516
Email: julio.thompson@vermont.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| State of Wisconsin | represented by | **Gabe Johnson–Karp** |
| | | Wisconsin Department of Justice |

Wisconsin Department of Justice
17 West Main Street
PO Box 7857
Madison, WI 53707–7857
608–267–8904
Email: johnsonkarpg@doj.state.wi.us

*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City and County of San Francisco**          represented by   **David Scott Louk**
San Francisco City Attorney's Office
1390 Market St.
Fox Plaza, 7th Floor
San Francisco, CA 94102
415–355–3314
Fax: 415–437–4644
Email: david.louk@sfcityatty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Chiu**
San Francisco City Attorney's Office
City Hall
1 Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102
415–554–4700
Email: luis.a.zamora@sfcityatty.org
*ATTORNEY TO BE NOTICED*

**Gerard J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie Mindes Lee**
San Francisco City Attorney's Office
1390 Market Street
Ste 7th Floor
San Francisco, CA 94102
415–554–4260
Fax: 415–437–4644
Email: mollie.lee@sfcityatty.org
*ATTORNEY TO BE NOTICED*

**Molly J. Alarcon**
San Francisco City Attorney's Office
1390 Market Street
Ste 7th Floor
San Francisco, CA 94102
415–554–3894
Fax: 415–437–4644
Email: molly.alarcon@sfcityatty.org
*PRO HAC VICE*

9

*ATTORNEY TO BE NOTICED*

**Sara J. Eisenberg**
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102
415–554–3800
Fax: 415–437–4644
Email: sara.eisenberg@sfcityatty.org
*ATTORNEY TO BE NOTICED*

**Yvonne Mere**
San Francisco City Attorney's Office
City Hall
1 Dr Carlton B Goodlett Place
Room 234
San Francisco, CA 94102
415–554–4708
Fax: 415–554–4715
Email: yvonne.mere@sfcityatty.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**
*in his official capacity as President of the*
*United States*

represented by **Brad P. Rosenberg**
1100 L Street, NW
Washington, DC 20005
202–514–3374
Email: brad.rosenberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hamilton**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202–514–3301
Email: eric.hamilton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
DOJ–Civ
1100 L St. NW
Washington, DC 20005
202–616–8098
Email: robert.c.merritt@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**

DOJ–Civ
1100 L St NW
Washington, DC 20005
202–598–3869
Email: yuri.s.fuchs@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| **U.S. Department of State** | represented by | **Brad P. Rosenberg** |

**Brad P. Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marco Rubio**          represented by **Brad P. Rosenberg**
*in his official capacity as Secretary of*          (See above for address)
*State*          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Homeland Security**          represented by **Brad P. Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Benjamine Huffman**<br>*in his official capacity as Acting Secretary of Homeland Security* | represented by | **Brad P. Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **U.S. Department of Health and Human Services** | represented by | **Brad P. Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dorothy Fink**
*in her official capacity as Acting
Secretary of Health and Human Services*

represented by **Brad P. Rosenberg**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Social Security Administration**

represented by **Brad P. Rosenberg**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle King**
*in her official capacity as Acting
Commissioner of Social Security*

represented by **Brad P. Rosenberg**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **United States of America** | represented by | **Brad P. Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yuri Fuchs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Local Governments and Local Government Officials** | represented by | **Jonathan Benjamin Miller**<br>Public Rights Project<br>490 43rd Street, #115<br>Oakland, CA 94609<br>646–831–6113<br>Email: jon@publicrightsproject.org<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **State of Tennessee** | represented by | **Andrew C. Coulam**<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 27202–0207<br>615–741–1868<br>Email: andrew.coulam@ag.tn.gov<br>*ATTORNEY TO BE NOTICED* |

**James Matthew Rice**
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202–0207
615–532–6026
Email: matt.rice@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Whitney D. Hermandorfer**
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
615–741–7403
Email: whitney.hermandorfer@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

**Members of Congress**                    represented by    **George W. Vien**
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street
Boston, MA 02110
617–720–2880
Fax: 617–720–3554
Email: gwv@dcglaw.com
*ATTORNEY TO BE NOTICED*

**Pietro A. Conte**
Donnelly Conroy & Gelhaar
260 Franklin Street
Suite 1600
Boston, MA 02110
617–720–2880
Email: pac@dcglaw.com
*ATTORNEY TO BE NOTICED*

**R. Trent McCotter**
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202–706–5488
Email: tmccotter@boydengray.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Immigration Reform Law Institute**       represented by    **Matthew James O'Brien**
Immigration Reform Law Institute
25 Massachusetts Avenue NW
Suite 335
Washington, DC 20001
571–236–8146
Email: mobrien@irli.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Hajec**
Immigration Reform Law Institute
25 Massachusetts Avenue NW, Suite 335
Washington, DC 20001

202–232–5590
Email: chajec@irli.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**The State of Iowa and 17 other States**          represented by   **Nathaniel M. Lindzen**
Law Office of Nathaniel Lindzen/SWI
57 School Street
Wayland, MA 01778
212–810–7627
Email: nlindzen@corpfraudlaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Edwin L Meese, III**          represented by   **Frank L. McNamara , Jr.**
McNamara & Associates
53 Wilder Road
Bolton, MA 01740
978–333–9608
Email: franklmcnamara@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan P. McLane**
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
413–789–7771
Email: ryan@mclanelaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Rubin Young**          represented by   **Rubin Young**
14060 SW 258th St.
Homestead, FL 33032
PRO SE

**Interested Party**

**Mark Marvin**          represented by   **Mark Marvin**
135 Mills Road
Walden, NY 12586
PRO SE

**Interested Party**

**Melvin Jones, Jr.**

V.

**Intervenor**

| | |
|---|---|
| **Leonard W. Houston**<br>*TERMINATED: 02/04/2025* | represented by **Leonard W. Houston**<br>148 Deer Court Drive, Bldg. 4<br>Middletown, NY 10940<br>845–343–8923<br>Email: lenny.houston@yahoo.com<br>PRO SE |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2025 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants Filing fee: $ 405, receipt number AMADC–10796809 (Fee Status: Filing Fee paid), filed by Commonwealth of Massachusetts. (Attachments: # 1 Exhibit A (Executive Order), # 2 Civil Cover Sheet, # 3 Category Form)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 2 | NOTICE of Appearance by Gerard J. Cedrone on behalf of Commonwealth of Massachusetts (Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 3 | MOTION for Preliminary Injunction *and for Expedited Briefing* by Commonwealth of Massachusetts. (Attachments: # 1 Text of Proposed Order)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 4 | NOTICE of Appearance by Jared B. Cohen on behalf of Commonwealth of Massachusetts (Cohen, Jared) (Entered: 01/21/2025) |
| 01/21/2025 | 5 | MEMORANDUM in Support re 3 MOTION for Preliminary Injunction *and for Expedited Briefing* filed by Commonwealth of Massachusetts. (Attachments: # 1 Table of Exhibits, # 2 Exhibit A (Adelman Decl.), # 3 Exhibit B (Ehling Decl.), # 4 Exhibit C (Baston Decl.), # 5 Exhibit D (Jamet Decl.), # 6 Exhibit E (Boyle Decl.), # 7 Exhibit F (Lapkoff Decl.), # 8 Exhibit G (Rice Decl.), # 9 Exhibit H (Sesti Decl.), # 10 Exhibit I (Duncan Decl.), # 11 Exhibit J (Groen Decl.), # 12 Exhibit K (Harrington Decl.), # 13 Exhibit L (Heenan Decl.), # 14 Exhibit M (Nguyen Decl.), # 15 Exhibit N (Villamil–Cummings Decl.), # 16 Exhibit O (Armenia Decl.), # 17 Exhibit P (Fanning Decl.), # 18 Exhibit Q (Avenia Decl.), # 19 Exhibit R (Hadler Decl.), # 20 Exhibit S (Gauthier Decl.), # 21 Exhibit T (Wong Decl.), # 22 Exhibit U (State Dept. Foreign Affairs Manual), # 23 Exhibit V (Weisberg Decl.), # 24 Exhibit W (Executive Order), # 25 Exhibit X (Webster's Dictionary), # 26 Exhibit Y (Blackstone's Commentaries), # 27 Exhibit Z (Congressional Globe))(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 6 | ELECTRONIC NOTICE of Case Assignment. District Judge Leo T. Sorokin assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (NMC) (Entered: 01/21/2025) |
| 01/21/2025 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Jeremy M. Feigenbaum, Shankar Duraiswamy, Viviana M. Hanley, Shefali Saxena, and Elizabeth R. Walsh Filing fee: $ 625, receipt number AMADC–10797167 by State of New Jersey. (Attachments: # 1 Jeremy M. Feigenbaum Certification, # 2 Shankar Duraiswamy Certification, # 3 Viviana M. Hanley Certification, # 4 Shefali Saxena Certification, # 5 Elizabeth R. Walsh Certification)(Cedrone, Gerard) Modified on |

| | | |
|---|---|---|
| | | 1/23/2025: Updated docket text. (Entered: 01/21/2025) |
| 01/21/2025 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Denise Levey, Delbert Tran, Irina Trasovan, Marissa Malouff, Lorraine Lopez, and Annabelle Wilmott by State of California. (Attachments: # 1 Denise Levey Certification, # 2 Delbert Tran Certification, # 3 Irina Trasovan Certification, # 4 Marissa Malouff Certification, # 5 Lorraine Lopez Certification, # 6 Annabelle Wilmott Certification)(Cedrone, Gerard) Modified on 1/23/2025: Updated docket text. (SED). (Entered: 01/21/2025) |
| 01/21/2025 | 9 | NOTICE of Appearance by Katherine Connolly Sadeck on behalf of State of Rhode Island (Sadeck, Katherine) (Entered: 01/21/2025) |
| 01/21/2025 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Shannon Stevenson by State of Colorado. (Attachments: # 1 Shannon Stevenson Certification)(Cedrone, Gerard) Modified on 1/23/2025: Updated docket text. (SED). (Entered: 01/21/2025) |
| 01/21/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of William M. Tong and Janelle Rose Medeiros by State of Connecticut. (Attachments: # 1 William M. Tong Certification, # 2 Janelle Rose Medeiros Certification)(Cedrone, Gerard) Modified on 1/23/2025: Updated docket text. (SED). (Entered: 01/21/2025) |
| 01/21/2025 | 12 | NOTICE of Appearance by Sean D. Magenis on behalf of State of Maine (Magenis, Sean) (Entered: 01/21/2025) |
| 01/21/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel P. Mosteller Filing fee: $ 125, receipt number AMADC–10797996 by State of North Carolina. (Attachments: # 1 Certification of Daniel P. Mosteller)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 14 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 11 MOTION for Leave to Appear Pro Hac Vice for admission of William M. Tong and Janelle Rose Medeiros by Plaintiff State of Connecticut. Filing fee $ 250, receipt number AMADC–10798064. Payment Type : PRO HAC VICE. (Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 15 | MOTION for Leave to Appear Pro Hac Vice for admission of Julio A. Thompson Filing fee: $ 125, receipt number AMADC–10798127 by State of Vermont. (Attachments: # 1 Julio A. Thompson Certification)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of Gabe Johnson–Karp Filing fee: $ 125, receipt number AMADC–10798178 by State of Wisconsin. (Attachments: # 1 Gabe Johnson–Karp Certification)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of John C. Keller Filing fee: $ 125, receipt number AMADC–10798221 by State of Minnesota. (Attachments: # 1 John C. Keller Certification)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 18 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 10 MOTION for Leave to Appear Pro Hac Vice for admission of Shannon Stevenson by Plaintiff State of Colorado. Filing fee $ 125, receipt number AMADC–10798258. Payment Type : PRO HAC VICE. (Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 19 | MOTION for Leave to Appear Pro Hac Vice for admission of David S. Louk and Molly J. Alarcon Filing fee: $ 250, receipt number AMADC–10798271 by City and |

| | | |
|---|---|---|
| | | County of San Francisco. (Attachments: # 1 David S. Louk Certification, # 2 Molly J. Alarcon Certification)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 20 | Summons Issued as to Dorothy Fink, Benjamine Huffman, Michelle King, Marco Rubio, Donald J. Trump, U.S. Department of Health and Human Services, U.S. Department of Homeland Security, U.S. Department of State, U.S. Social Security Administration, United States of America. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (LBO) (Entered: 01/21/2025) |
| 01/21/2025 | 21 | MOTION for Leave to Appear Pro Hac Vice for admission of Neil Giovanatti, Toni L. Harris, and Stephanie M. Service Filing fee: $ 375, receipt number AMADC–10798386 by Dana Nessel. (Attachments: # 1 Neil Giovanatti Certification, # 2 Toni L. Harris Certification, # 3 Stephanie M. Service Certification)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/21/2025 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Vanessa L. Kassab Filing fee: $ 125, receipt number AMADC–10798387 by State of Delaware. (Attachments: # 1 Vanessa L. Kassab Certification)(Cedrone, Gerard) (Entered: 01/21/2025) |
| 01/22/2025 | 23 | MOTION for Leave to Appear Pro Hac Vice for admission of Zoe Levine Filing fee: $ 125, receipt number AMADC–10798893 by State of New York.(Metro, Stacey) (Main Document 23 replaced on 1/23/2025, detached from supporting document) (FGD). (Additional attachment(s) added on 1/23/2025: # 1 Certificate of Zoe Levine) (FGD). (Entered: 01/22/2025) |
| 01/22/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice for admission of Nicole S. Hill Filing fee: $ 125, receipt number AMADC–10799082 by District of Columbia. (Attachments: # 1 Nicole S. Hill Certification)(Cedrone, Gerard) (Entered: 01/22/2025) |
| 01/22/2025 | 25 | MOTION for Leave to Appear Pro Hac Vice for admission of James W. Grayson Filing fee: $ 125, receipt number AMADC–10799163 by State of New Mexico. (Attachments: # 1 James W. Grayson Certification)(Cedrone, Gerard) (Entered: 01/22/2025) |
| 01/22/2025 | 26 | District Judge Leo T. Sorokin: ORDER entered: Plaintiffs shall show cause by Friday, January 24, 2025 at 4 PM why this case should not be returned to the Clerk for random assignment. Joint status report regarding briefing schedule due Friday January 24, 2025 at 4 PM. (FGD) (Entered: 01/22/2025) |
| 01/22/2025 | 27 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 8 MOTION for Leave to Appear Pro Hac Vice for admission of Denise Levey, Delbert Tran, Irina Trasovan, Marissa Malouff, Lorraine Lopez, and Annabelle Wilmott by Plaintiff State of California. Filing fee $ 750, receipt number AMADC–10799509. Payment Type : PRO HAC VICE. (Cedrone, Gerard) (Entered: 01/22/2025) |
| 01/22/2025 | 28 | MOTION for Leave to Appear Pro Hac Vice for admission of Kaliko'onalani D. Fernandes Filing fee: $ 125, receipt number AMADC–10799624 by State of Hawaii. (Attachments: # 1 Kaliko'onalani D. Fernandes Certification)(Cedrone, Gerard) (Entered: 01/22/2025) |

| 01/23/2025 | 29 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>24</u> Motion for Leave to Appear Pro Hac Vice Added Nicole S. Hill. |
| --- | --- | --- |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (SED) (Entered: 01/23/2025) |
| 01/23/2025 | 30 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>13</u> Motion for Leave to Appear Pro Hac Vice Added Daniel P. Mosteller. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 31 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>15</u> Motion for Leave to Appear Pro Hac Vice Added Julio A. Thompson. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |

| | | |
|---|---|---|
| | | (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 32 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>16</u> Motion for Leave to Appear Pro Hac Vice Added Gabe Johnson–Karp.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at <u>https://pacer.uscourts.gov/register–account</u>. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions <u>https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm</u>.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 33 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>17</u> Motion for Leave to Appear Pro Hac Vice Added John C. Keller.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at <u>https://pacer.uscourts.gov/register–account</u>. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions <u>https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm</u>.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 34 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>25</u> Motion for Leave to Appear Pro Hac Vice Added James W. Grayson.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at <u>https://pacer.uscourts.gov/register–account</u>. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions <u>https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm</u>.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney. |

| | | (SED) (Entered: 01/23/2025) |
|---|---|---|
| 01/23/2025 | 35 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 28 Motion for Leave to Appear Pro Hac Vice Added Kaliko'onalani D. Fernandes.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(SED) (Entered: 01/23/2025) |
| 01/23/2025 | 36 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 19 Motion for Leave to Appear Pro Hac Vice Added Molly J. Alarcon, David S. Louk.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 37 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 21 Motion for Leave to Appear Pro Hac Vice Added Neil Giovanatti, Toni L. Harris, Stephanie M. Service.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. |

| | | |
|---|---|---|
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 38 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 22 Motion for Leave to Appear Pro Hac Vice Added Vanessa L. Kassab. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 39 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 23 Motion for Leave to Appear Pro Hac Vice Added Zoe Levine. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 40 | SUMMONS Returned Executed as to US Attorney by Dana Nessel, District of Columbia, Commonwealth of Massachusetts, State of Rhode Island, State of New Jersey, State of Vermont, State of Nevada, State of North Carolina, State of Delaware, State of California, State of Maine, State of Minnesota, State of New Mexico, State of New York, City and County of San Francisco, State of Hawaii, State of Colorado, State of Maryland, State of Wisconsin, State of Connecticut. All Defendants. (Attachments: # 1 Affidavit of In−Person Service on the United States Attorney's Office, # 2 Affidavit of Certified Mail Service on Defendants)(Cedrone, Gerard) (Entered: 01/23/2025) |
| 01/23/2025 | 41 | NOTICE of Appearance by Gerard J. Cedrone on behalf of State of New Jersey, State of California, State of Colorado, State of Connecticut (Cedrone, Gerard) (Entered: |

| | | 01/23/2025) |
|---|---|---|
| 01/23/2025 | 42 | MOTION for Leave to Appear Pro Hac Vice for admission of Leonard Giarrano IV by State of Rhode Island. (Attachments: # 1 Certificate)(Sadeck, Katherine) (Entered: 01/23/2025) |
| 01/23/2025 | 43 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 42 Motion for Leave to Appear Pro Hac Vice Added Leonard Giarrano IV.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(SED) (Entered: 01/23/2025) |
| 01/23/2025 | 44 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Jeremy M. Feigenbaum, Shankar Duraiswamy, Viviana M. Hanley, Shefali Saxena, and Elizabeth R. Walsh.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 45 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Denise Levey, Delbert Tran, Irina Trasovan, Marissa Malouff, Lorraine Lopez, and Annabelle Wilmott.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

|  |  |  |
|---|---|---|
|  |  | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 46 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 10 Motion for Leave to Appear Pro Hac Vice Added Shannon Stevenson. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 47 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 11 Motion for Leave to Appear Pro Hac Vice Added William M. Tong and Janelle Rose Medeiros. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. (FGD) (Entered: 01/23/2025) |
| 01/23/2025 | 48 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 42 MOTION for Leave to Appear Pro Hac Vice for admission of Leonard Giarrano IV by Plaintiff State of Rhode Island. Filing fee $ 125, receipt number AMADC−10802830. Payment Type : PRO HAC VICE. (Sadeck, Katherine) Modified on 1/24/2025: Updated docket text to reflect the motion in which the fee applied to. (FGD) (Entered: 01/23/2025) |
| 01/24/2025 | 49 | NOTICE of Appearance by Daniel Paul Mosteller on behalf of State of North Carolina (Mosteller, Daniel) (Entered: 01/24/2025) |

| 01/24/2025 | 50 | NOTICE of Appearance by Shannon Wells Stevenson on behalf of State of Colorado (Stevenson, Shannon) (Entered: 01/24/2025) |
| --- | --- | --- |
| 01/24/2025 | 51 | NOTICE of Appearance by Toni L. Harris on behalf of Dana Nessel (Harris, Toni) (Entered: 01/24/2025) |
| 01/24/2025 | 52 | NOTICE of Appearance by Leonard Giarrano, IV on behalf of State of Rhode Island (Giarrano, Leonard) (Entered: 01/24/2025) |
| 01/24/2025 | 53 | NOTICE of Appearance by Neil Giovanatti on behalf of Dana Nessel (Giovanatti, Neil) (Entered: 01/24/2025) |
| 01/24/2025 | 54 | NOTICE of Appearance by Stephanie M. Service on behalf of Dana Nessel (Service, Stephanie) (Entered: 01/24/2025) |
| 01/24/2025 | 55 | NOTICE of Appearance by David Scott Louk on behalf of City and County of San Francisco (Louk, David) (Entered: 01/24/2025) |
| 01/24/2025 | 56 | NOTICE of Appearance by Molly J. Alarcon on behalf of City and County of San Francisco (Alarcon, Molly) (Entered: 01/24/2025) |
| 01/24/2025 | 57 | NOTICE of Appearance by James Grayson on behalf of State of New Mexico (Grayson, James) (Entered: 01/24/2025) |
| 01/24/2025 | 58 | NOTICE of Appearance by Brad P. Rosenberg on behalf of Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America (Rosenberg, Brad) (Entered: 01/24/2025) |
| 01/24/2025 | 59 | RESPONSE TO ORDER TO SHOW CAUSE by State of Maryland, Dana Nessel, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of North Carolina, State of Rhode Island, State of Vermont, State of Wisconsin, State of New Jersey, City and County of San Francisco, Commonwealth of Massachusetts, State of California, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Maine. (Cedrone, Gerard) (Entered: 01/24/2025) |
| 01/24/2025 | 60 | STATUS REPORT by State of Maryland, Dana Nessel, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of North Carolina, State of Rhode Island, State of Vermont, State of Wisconsin, State of New Jersey, City and County of San Francisco, Commonwealth of Massachusetts, State of California, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Maine. (Cedrone, Gerard) (Entered: 01/24/2025) |
| 01/24/2025 | 61 | MOTION for Leave to Appear Pro Hac Vice for admission of Adam D. Kirschner Filing fee: $ 125, receipt number AMADC–10805597 by State of Maryland. (Attachments: # 1 Adam D. Kirschner Certification)(Cedrone, Gerard) (Entered: 01/24/2025) |
| 01/24/2025 | 62 | NOTICE of Appearance by Robert Charles Merritt on behalf of Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America (Merritt, Robert) (Entered: 01/24/2025) |

| | | |
|---|---|---|
| 01/24/2025 | 63 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting <u>61</u> Motion for Leave to Appear Pro Hac Vice Added Adam D. Kirschner.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at <u>https://pacer.uscourts.gov/register−account</u>. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions <u>https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm</u>.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 01/24/2025) |
| 01/24/2025 | <u>64</u> | NOTICE of Appearance by Nicole Suzanne Hill on behalf of District of Columbia (Hill, Nicole) (Entered: 01/24/2025) |
| 01/24/2025 | <u>65</u> | NOTICE of Appearance by Denise Yesenia Levey on behalf of State of California (Levey, Denise) (Entered: 01/24/2025) |
| 01/24/2025 | <u>66</u> | NOTICE of Appearance by Irina Trasovan on behalf of State of California (Trasovan, Irina) (Entered: 01/24/2025) |
| 01/24/2025 | <u>67</u> | NOTICE of Appearance by Zoe Levine on behalf of State of New York (Levine, Zoe) (Entered: 01/24/2025) |
| 01/24/2025 | <u>68</u> | NOTICE of Appearance by Delbert Tran on behalf of State of California (Tran, Delbert) (Entered: 01/24/2025) |
| 01/24/2025 | <u>69</u> | NOTICE of Appearance by Lorraine Lopez on behalf of State of California (Lopez, Lorraine) (Entered: 01/24/2025) |
| 01/24/2025 | <u>70</u> | NOTICE of Appearance by Annabelle Cathryn Wilmott on behalf of State of California (Wilmott, Annabelle) (Entered: 01/24/2025) |
| 01/24/2025 | 71 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered.<br><br>After review of the response to the Order to Show Cause filed by the Plaintiffs, Doc. No. 59, the Court discharges the Order and determines that the two cases at issue are related within the meaning of Local Rule 40.1(g) for the reasons expressed in the filing. Most significantly, the Court notes: (1) though the Complaint and Motion filed by the Plaintiffs in this case involve a broader range of factual issues, they do also involve the same factual issues raised by the <u>Doe</u> Complaint and Motion; (2) random reassignment of this case poses a risk of different determinations as to the same factual issues, as well as a possible risk that Defendants might become subject to conflicting court orders regarding their treatment of Ms. Doe and members of the organizations that are also plaintiffs in the <u>Doe</u> case; and (3) counsel representing all Defendants in both cases &ldquo;do not oppose continuing to treat the cases as related,&rdquo; Doc. No. <u>59</u> at 1 n.1. In addition, the Court ADOPTS the jointly proposed briefing deadlines, Doc. No. <u>60</u> at 1, and schedules a hearing on the Plaintiffs&rsquo; motion for preliminary injunction (Doc. No. 3) for February 7, |

| | | 2025, at 10:00 AM, along with the previously scheduled hearing on the motion for preliminary injunctive relief in Doe.( Motion Hearing set for 2/7/2025 10:00 AM in Courtroom 13 (In person only) before District Judge Leo T. Sorokin.)(SED) (Entered: 01/24/2025) |
|---|---|---|
| 01/24/2025 | 72 | NOTICE of Appearance by Marissa Malouff on behalf of State of California (Malouff, Marissa) (Entered: 01/24/2025) |
| 01/27/2025 | 73 | NOTICE of Appearance by John C. Keller on behalf of State of Minnesota (Keller, John) (Entered: 01/27/2025) |
| 01/27/2025 | 74 | NOTICE of Appearance by Shefali Saxena on behalf of State of New Jersey (Saxena, Shefali) (Additional attachment(s) added on 1/28/2025: # 1 Certficate of Service) (FGD). (Entered: 01/27/2025) |
| 01/27/2025 | 75 | NOTICE of Appearance by Elizabeth R. Walsh on behalf of State of New Jersey (Walsh, Elizabeth) (Additional attachment(s) added on 1/28/2025: # 1 Certficate of Service) (FGD). (Main Document 75 replaced on 1/28/2025, with corrected information per counsel's request.) (FGD) (Entered: 01/27/2025) |
| 01/27/2025 | 76 | NOTICE of Appearance by William M. Tong on behalf of State of Connecticut (Tong, William) (Entered: 01/27/2025) |
| 01/27/2025 | 77 | NOTICE of Appearance by Janelle Medeiros on behalf of State of Connecticut (Medeiros, Janelle) (Entered: 01/27/2025) |
| 01/27/2025 | 78 | NOTICE of Appearance by Yuri Fuchs on behalf of Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America (Fuchs, Yuri) (Entered: 01/27/2025) |
| 01/27/2025 | 79 | MOTION for Leave to Appear Pro Hac Vice for admission of Heidi Parry Stern Filing fee: $ 125, receipt number AMADC–10808133 by State of Nevada. (Attachments: # 1 Heidi Parry Stern Certification)(Cedrone, Gerard) (Entered: 01/27/2025) |
| 01/27/2025 | 80 | NOTICE of Appearance by Kalikoonalani Diara Fernandes on behalf of State of Hawaii (Fernandes, Kalikoonalani) (Entered: 01/27/2025) |
| 01/28/2025 | 81 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 79 Motion for Leave to Appear Pro Hac Vice Added Heidi Parry Stern. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. |

| | | (FGD) (Entered: 01/28/2025) |
|---|---|---|
| 01/28/2025 | 82 | NOTICE of Appearance by Viviana Maria Hanley on behalf of State of New Jersey (Hanley, Viviana) (Entered: 01/28/2025) |
| 01/28/2025 | 83 | District Judge Leo T. Sorokin: ORDER entered. New Civil Cases General Procedural ORDER. (FGD) (Entered: 01/28/2025) |
| 01/28/2025 | 84 | MOTION for Leave to File *Proposed Amicus Brief* by Local Governments and Local Government Officials. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Miller, Jonathan) (Entered: 01/28/2025) |
| 01/29/2025 | 85 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered: re 84 MOTION for Leave to File Proposed Amicus Brief.<br><br>This motion is ALLOWED with the consent of all parties. Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (SED) (Entered: 01/29/2025) |
| 01/29/2025 | 86 | NOTICE of Appearance by Adam Kirschner on behalf of State of Maryland (Kirschner, Adam) (Entered: 01/29/2025) |
| 01/29/2025 | 87 | NOTICE of Appearance by Heidi Parry Stern on behalf of State of Nevada (Stern, Heidi) (Entered: 01/29/2025) |
| 01/29/2025 | 88 | AMICUS BRIEF filed by Local Governments and Local Government Officials . (Miller, Jonathan) (Entered: 01/29/2025) |
| 01/29/2025 | 89 | NOTICE of Appearance by Shankar Duraiswamy on behalf of State of New Jersey (Duraiswamy, Shankar) (Entered: 01/29/2025) |
| 01/30/2025 | 90 | MOTION for Leave to Appear Pro Hac Vice for admission of David Chiu, Yvonne R. Mere, Sara J. Eisenberg, and Mollie M. Lee by City and County of San Francisco. (Attachments: # 1 David Chiu Certification, # 2 Yvonne R. Mere Certification, # 3 Sara J. Eisenberg Certification, # 4 Mollie M. Lee Certification)(Cedrone, Gerard) (Entered: 01/30/2025) |
| 01/30/2025 | 91 | NOTICE of Appearance by Gabe Johnson–Karp on behalf of State of Wisconsin (Johnson–Karp, Gabe) (Entered: 01/30/2025) |
| 01/31/2025 | 92 | Opposition re 3 MOTION for Preliminary Injunction *and for Expedited Briefing* filed by Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America. (Merritt, Robert) (Entered: 01/31/2025) |
| 01/31/2025 | 93 | MOTION for Leave to Appear Pro Hac Vice for admission of Ian R. Liston Filing fee: $ 125, receipt number AMADC–10818610 by State of Delaware. (Attachments: # 1 Ian R. Liston Certification)(Cedrone, Gerard) (Entered: 01/31/2025) |
| 02/03/2025 | 94 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 93 Motion for Leave to Appear Pro Hac Vice Added Ian R. Liston. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 02/03/2025) |
| 02/03/2025 | 95 | MOTION for Leave to File *Proposed Amicus Brief* by The State of Iowa and 17 other States. (Attachments: # 1 Exhibit [Proposed] Amicus Brief)(Lindzen, Nathaniel) (Main Document 95 replaced on 2/3/2025, with corrected PDF) (FGD). Modified docket text on 2/4/2025 to correct filer. (Entered: 02/03/2025) |
| 02/03/2025 | 96 | MOTION for Limited Intervention as of Right, the Constitutional Challenge to the Executive Order Purporting to End Birthright Citizenship by Leonard W. Houston. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Cover Letter). (FGD) (Entered: 02/03/2025) |
| 02/03/2025 | 97 | MOTION for Leave to File *Amicus Brief* by State of Tennessee. (Attachments: # 1 Exhibit State of Tennessee's proposed amicus brief)(Coulam, Andrew) (Entered: 02/03/2025) |
| 02/03/2025 | 98 | NOTICE of Appearance by George W. Vien on behalf of Members of Congress (Vien, George) (Entered: 02/03/2025) |
| 02/03/2025 | 99 | NOTICE of Appearance by Matthew James O'Brien on behalf of Immigration Reform Law Institute (O'Brien, Matthew) (Entered: 02/03/2025) |
| 02/03/2025 | 100 | NOTICE of Appearance by Pietro A. Conte on behalf of Members of Congress (Conte, Pietro) (Entered: 02/03/2025) |
| 02/03/2025 | 101 | MOTION for Leave to Appear Pro Hac Vice for admission of R. Trent McCotter Filing fee: $ 125, receipt number AMADC−10820936 by Members of Congress. (Attachments: # 1 Affidavit Exhibit A − Affidavit of R. Trent McCotter)(Vien, George) (Entered: 02/03/2025) |
| 02/03/2025 | 102 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Epstein Filing fee: $ 125, receipt number AMADC−10820973 by Members of Congress. (Attachments: # 1 Affidavit Exhibit A − Affidavit of Daniel Epstein)(Vien, George) (Entered: 02/03/2025) |
| 02/03/2025 | 103 | Consent MOTION for Leave to File *Amicus Brief* by Immigration Reform Law Institute. (Attachments: # 1 IRLI Amicus Brief)(O'Brien, Matthew) (Entered: 02/03/2025) |
| 02/03/2025 | 104 | MOTION for Leave to File *Amicus Brief* by Members of Congress. (Attachments: # 1 Exhibit A − Proposed Amicus Brief)(Vien, George) (Entered: 02/03/2025) |
| 02/03/2025 | 105 | |

| | | MOTION for Leave to Appear Pro Hac Vice for admission of Gabriel R. Canaan, Christopher J. Hajec Filing fee: $ 250, receipt number AMADC−10820983 by Immigration Reform Law Institute. (Attachments: # 1 Gabriel R. Canaan Certification, # 2 Christopher J. Hajec Certification)(O'Brien, Matthew) (Entered: 02/03/2025) |
|---|---|---|
| 02/03/2025 | 106 | MOTION for Leave to Appear Pro Hac Vice for admission of James Matthew Rice and Whitney D. Hermandorfer Filing fee: $ 250, receipt number AMADC−10820848 by State of Tennessee. (Attachments: # 1 Exhibit Certificate of JMR, # 2 Exhibit Certificate of WDH)(Coulam, Andrew) (Entered: 02/03/2025) |
| 02/03/2025 | 107 | NOTICE of Appearance by Andrew C. Coulam on behalf of State of Tennessee (Coulam, Andrew) (Entered: 02/03/2025) |
| 02/03/2025 | 108 | NOTICE of Appearance by Jeremy Feigenbaum on behalf of State of New Jersey (Feigenbaum, Jeremy) (Entered: 02/03/2025) |
| 02/04/2025 | 109 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 101 Motion for Leave to Appear Pro Hac Vice Added R. Trent McCotter. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (FGD) (Entered: 02/04/2025) |
| 02/04/2025 | 110 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 102 Motion for Leave to Appear Pro Hac Vice Added Daniel Epstein. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (FGD) (Entered: 02/04/2025) |
| 02/04/2025 | 111 | |

| | | |
|---|---|---|
| | | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 105 Motion for Leave to Appear Pro Hac Vice Added Gabriel R. Canaan, and Christopher J. Hajec.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 02/04/2025) |
| 02/04/2025 | 112 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 106 Motion for Leave to Appear Pro Hac Vice Added Matthew Rice, and Whitney D. Hermandorfer.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 02/04/2025) |
| 02/04/2025 | 113 | NOTICE of Appearance by Whitney D. Hermandorfer on behalf of State of Tennessee (Hermandorfer, Whitney) (Entered: 02/04/2025) |
| 02/04/2025 | 114 | NOTICE of Appearance by R. Trent McCotter on behalf of Members of Congress (McCotter, R. Trent) (Entered: 02/04/2025) |
| 02/04/2025 | 115 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered:<br><br>The Motions for Leave to submit amicus brief filed by Iowa and Seventeen States (# 95 ), Tennessee (# 97 ), Immigration Reform Law Institute (# 103 ), and Members of Congress (# 104 ) are ALLOWED. Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (FGD) (Entered: 02/04/2025) |

| 02/04/2025 | 116 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered: The Motion to Intervene (# 96 ) filed pro se by Leonard Houston is DENIED. Even construed liberally, the submission fails to satisfy the movant's burden to establish entitlement to intervention pursuant to Fed. R. Civ. P. 24(a)–(b). The Court directs the Clerk not to place any future filings by Mr. Houston on the docket for this case unless the filing is a motion for reconsideration or a notice of appeal of this order. (FGD) (Entered: 02/04/2025) |
|---|---|---|
| 02/04/2025 | 117 | Copy re 116 Order, mailed to Leonard Houston on 2/4/2025. (FGD) (Entered: 02/04/2025) |
| 02/04/2025 | 118 | AMICUS BRIEF filed by Members of Congress . (Conte, Pietro) (Entered: 02/04/2025) |
| 02/04/2025 | 119 | NOTICE of Appearance by James Matthew Rice on behalf of State of Tennessee (Rice, James) (Entered: 02/04/2025) |
| 02/04/2025 | 120 | AMICUS BRIEF filed by Immigration Reform Law Institute . (O'Brien, Matthew) (Entered: 02/04/2025) |
| 02/04/2025 | 121 | NOTICE of Appearance by Nathaniel M. Lindzen on behalf of The State of Iowa and 17 other States (Lindzen, Nathaniel) (Entered: 02/04/2025) |
| 02/04/2025 | 122 | AMICUS BRIEF filed by The State of Iowa and 17 other States . (Lindzen, Nathaniel) (Entered: 02/04/2025) |
| 02/04/2025 | 123 | REPLY to Response to 3 MOTION for Preliminary Injunction *and for Expedited Briefing* filed by State of Maryland, Dana Nessel, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of North Carolina, State of Rhode Island, State of Vermont, State of Wisconsin, State of New Jersey, City and County of San Francisco, Commonwealth of Massachusetts, State of California, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Maine. (Attachments: # 1 Exhibit 1860 Webster's Dictionary Excerpt, # 2 Exhibit Hearings on H.R. 6127)(Hanley, Viviana) (Entered: 02/04/2025) |
| 02/04/2025 | 124 | MOTION for Leave to File Amicus Brief in Opposition to Plaintiff's 3 MOTION for Preliminary Injunction filed by Edwin L Meese, III . (Attachments: # 1 Exhibit Amicus Brief)(McNamara, Frank) Modified docketing event and docket text on 2/5/2025, to properly reflect document filed. (FGD) (Entered: 02/04/2025) |
| 02/04/2025 | 125 | Amicus Curiae APPEARANCE entered by Frank L. McNamara, Jr on behalf of Edwin L Meese, III. (McNamara, Frank) Modified on 2/5/2025: Removed duplicate attachment that was already filed with motion. (FGD) (Entered: 02/04/2025) |
| 02/05/2025 | 126 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered re: 124 MOTION for Leave to File Amicus Brief in Opposition to Plaintiff's 3 MOTION for Preliminary Injunction. ALLOWED. Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (FGD) (Entered: 02/05/2025) |
| 02/05/2025 | 127 | AMICUS BRIEF filed by State of Tennessee . (Coulam, Andrew) (Entered: 02/05/2025) |

| 02/05/2025 | 128 | NOTICE of Appearance by Ryan P. McLane on behalf of Edwin L Meese, III (McLane, Ryan) (Entered: 02/05/2025) |
|---|---|---|
| 02/05/2025 | 129 | AMICUS BRIEF filed by Edwin L Meese, III . (McLane, Ryan) (Main Document 129 replaced on 2/6/2025, with corrected PDF) (FGD). (Entered: 02/05/2025) |
| 02/06/2025 | 130 | NOTICE of Appearance by Eric Hamilton on behalf of Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America (Hamilton, Eric) (Entered: 02/06/2025) |
| 02/06/2025 | 131 | Letter/request (non–motion) from Rubin Young. (Attachments: # 1 Envelope). (FGD) (Entered: 02/06/2025) |
| 02/06/2025 | 132 | Friend of the Court BRIEF in Support of the President's Executive Order Clarifying the 14th Amendment by Rubin Young. (Attachments: # 1 Exhibit). (FGD) (Entered: 02/06/2025) |
| 02/07/2025 | 133 | Payment: $ 125.00, receipt number 100010533 for 90 MOTION for Leave to Appear Pro Hac Vice for admission of David Chiu, Yvonne R. Mere, Sara J. Eisenberg, and Mollie M. Lee (LBO) (Entered: 02/07/2025) |
| 02/07/2025 | 134 | Payment: $ 125.00, receipt number 100010534 for 90 MOTION for Leave to Appear Pro Hac Vice for admission of David Chiu, Yvonne R. Mere, Sara J. Eisenberg, and Mollie M. Lee (LBO) (Entered: 02/07/2025) |
| 02/07/2025 | 135 | Payment: $ 125.00, receipt number 100010535 for 90 MOTION for Leave to Appear Pro Hac Vice for admission of David Chiu, Yvonne R. Mere, Sara J. Eisenberg, and Mollie M. Lee (LBO) (Entered: 02/07/2025) |
| 02/07/2025 | 136 | Electronic Clerk's Notes for proceedings held before District Judge Leo T. Sorokin: <br><br> Motion Hearing held on 2/7/2025 re ( 10 in 1:25–cv–10135–LTS) MOTION for Preliminary Injunction and ( 3 in 1:25–cv–10139–LTS) MOTION for Preliminary Injunction. The court hears arguments on both motions for preliminary injunction. The motions are taken under advisement. <br><br> (Court Reporter: Rachel Lopez at raeufp@gmail.com.)(Attorneys present: Mirian Albert, Oren M. Sellstrom, and Jacob M. Love for plaintiffs in case 25cv10135–LTS, Shankar Duraiswamy, Gerard J. Cedrone, Jared B. Cohen, and Irina Trasovan for plaintiffs in case 25cv10139–LTS, Brad P. Rosenberg, and Eric Hamilton for the defendants.) <br><br> Associated Cases: 1:25–cv–10135–LTS, 1:25–cv–10139–LTS(SED) (Entered: 02/07/2025) |
| 02/07/2025 | 137 | Payment: $ 125.00, receipt number 100010536 for 90 MOTION for Leave to Appear Pro Hac Vice for admission of David Chiu, Yvonne R. Mere, Sara J. Eisenberg, and Mollie M. Lee (LBO) (Entered: 02/07/2025) |
| 02/07/2025 | 138 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 90 Motion for Leave to Appear Pro Hac Vice Added David Chiu, Yvonne R. Mere, Sara J. Eisenberg, and Mollie M. Lee. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 02/07/2025) |
| 02/11/2025 | 139 | NOTICE of Appearance by Julio A Thompson on behalf of State of Vermont (Thompson, Julio) (Entered: 02/11/2025) |
| 02/12/2025 | 140 | NOTICE of Brazenburg V. Hayes Motion by Mark Marvin (Attachments: # 1 Exhibit, # 2 Envelope). (FGD) (Entered: 02/12/2025) |
| 02/13/2025 | 142 | Transcript of Motion Hearing held on February 7, 2025, before Judge Leo T. Sorokin. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Rachel Lopez at raeufp@gmail.com. Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/17/2025. Release of Transcript Restriction set for 5/14/2025. Associated Cases: 1:25−cv−10135−LTS, 1:25−cv−10139−LTS(DRK) (Entered: 02/13/2025) |
| 02/13/2025 | 143 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:25−cv−10135−LTS, 1:25−cv−10139−LTS(DRK) (Entered: 02/13/2025) |
| 02/13/2025 | 144 | District Judge Leo T. Sorokin: ORDER entered. MEMORANDUM OF DECISION ON MOTIONS FOR PRELIMINARY INJUNCTION.<br><br>Associated Cases: 1:25−cv−10139−LTS, 1:25−cv−10135−LTS(FGD) (Entered: 02/13/2025) |
| 02/13/2025 | 145 | District Judge Leo T. Sorokin: ORDER entered. PRELIMINARY INJUNCTION. (FGD) (Entered: 02/13/2025) |
| 02/13/2025 | 146 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered.<br><br>The letter request filed pro se by Rubin Young (Doc. No. 131 ) seeking permission to file an amicus brief (Doc. No. 132 ) is DENIED. Acceptance of an amicus brief is a matter of discretion, and these submissions do not establish that Mr. Young "has a special interest that justifies his having a say" in this case. Strasser v. Doorley, 432 F.2d 567, 569 (1st Cir. 1970).<br><br>The "Notice of Branzburg v. Hayes Motion" filed pro se by Mark Marvin (Doc. No. 140 ) is DENIED to the extent it seeks dismissal of this action. Mr. Marvin is neither |

| | | a party nor an intervenor and has not otherwise sought and obtained leave to participate in this action.<br><br>The Emergency and Ex Parte Motion to Intervene (Doc. No. 141 ) filed pro se by Melvin Jones Jr. is DENIED. Even construed liberally, the submission fails to satisfy the movant's burden to establish entitlement to intervention pursuant to Fed. R. Civ. P. 24(a)–(b).<br><br>The Court directs the Clerk not to place any future filing by Mr. Young, Mr. Marvin, or Mr. Jones on the docket for this case unless the filing is a motion for reconsideration or a notice of appeal of this order.<br><br>(FGD) (Entered: 02/13/2025) |
|---|---|---|
| 02/14/2025 | 147 | NOTICE of Appearance by Mollie Mindes Lee on behalf of City and County of San Francisco (Lee, Mollie) (Entered: 02/14/2025) |
| 02/14/2025 | 148 | NOTICE of Appearance by Yvonne Mere on behalf of City and County of San Francisco (Mere, Yvonne) (Entered: 02/14/2025) |
| 02/14/2025 | 149 | NOTICE of Appearance by David S. Chiu on behalf of City and County of San Francisco (Chiu, David) (Entered: 02/14/2025) |
| 02/14/2025 | 150 | NOTICE OF APPEAL as to 146 Order,,,,, Terminate Motions,,,, 145 Preliminary Injunction, 144 Memorandum & ORDER, Terminate Motions by Melvin Jones, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 3/6/2025. (FGD) (Entered: 02/14/2025)** |
| 02/14/2025 | 151 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 150 Notice of Appeal. (MAP) (Entered: 02/14/2025) |
| 02/15/2025 | 152 | USCA Case Number 25–1158 for 150 Notice of Appeal, filed by Melvin Jones, Jr.. (MAP) (Entered: 02/15/2025) |
| 02/18/2025 | 153 | NOTICE of Appearance by Sara J. Eisenberg on behalf of City and County of San Francisco (Eisenberg, Sara) (Entered: 02/18/2025) |
| 02/19/2025 | 154 | NOTICE OF INTERLOCUTORY APPEAL as to 144 Memorandum & ORDER, Terminate Motions, 145 Preliminary Injunction by Donald J. Trump, U.S. Department of State, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America. ( (Fee Status: US Government)) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF** |

| | | |
|---|---|---|
| | | **Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 3/11/2025. (Fuchs, Yuri) (Entered: 02/19/2025)** |
| 02/19/2025 | 155 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 154 Notice of Interlocutory Appeal. (MAP) (Entered: 02/19/2025) |
| 02/19/2025 | 156 | USCA Case Number 25–1170 for 154 Notice of Interlocutory Appeal, filed by U.S. Department of State, U.S. Department of Homeland Security, Michelle King, Benjamine Huffman, United States of America, U.S. Department of Health and Human Services, U.S. Social Security Administration, Dorothy Fink, Donald J. Trump. (MAP) (Entered: 02/19/2025) |
| 02/19/2025 | 157 | MOTION to Stay re 145 Preliminary Injunction by Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America.(Merritt, Robert) (Entered: 02/19/2025) |
| 02/19/2025 | 158 | MEMORANDUM in Support re 157 MOTION to Stay re 145 Preliminary Injunction filed by Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, United States of America. (Merritt, Robert) (Entered: 02/19/2025) |
| 02/20/2025 | 159 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered re: 157 MOTION to Stay re 145 Preliminary Injunction. Any response by the plaintiffs to this motion shall be filed no later than close of business Monday, February 24, 2025. Any reply by the defendants shall be filed no later than close of business Tuesday, February 25, 2025. (FGD) (Entered: 02/20/2025) |
| 02/24/2025 | 160 | Opposition re 157 MOTION to Stay re 145 Preliminary Injunction filed by State of Maryland, Dana Nessel, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of North Carolina, State of Rhode Island, State of Vermont, State of Wisconsin, State of New Jersey, City and County of San Francisco, Commonwealth of Massachusetts, State of California, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Maine. (Hanley, Viviana) (Entered: 02/24/2025) |
| 02/24/2025 | 161 | NOTICE of Appearance by Vanessa L Kassab on behalf of State of Delaware (Kassab, Vanessa) (Entered: 02/24/2025) |
| 02/24/2025 | 162 | NOTICE OF APPEAL as to 146 Order, by Mark Marvin. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District Court Clerk to deliver official record to Court of Appeals by 3/17/2025. (FGD) (Entered: 02/25/2025) |

Content−Type: text/html

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 2/13/2025 at 3:13 PM EST and filed on 2/13/2025

| | |
|---|---|
| **Case Name:** | State of New Jersey et al v. Trump et al |
| **Case Number:** | 1:25−cv−10139−LTS |
| **Filer:** | |
| **Document Number:** | 146(No document attached) |

**Docket Text:**
**District Judge Leo T. Sorokin: ELECTRONIC ORDER entered.**

The letter request filed pro se by Rubin Young (Doc. No. [131]) seeking permission to file an amicus brief (Doc. No. [132]) is DENIED. Acceptance of an amicus brief is a matter of discretion, and these submissions do not establish that Mr. Young "has a special interest that justifies his having a say" in this case. Strasser v. Doorley, 432 F.2d 567, 569 (1st Cir. 1970).

The "Notice of Branzburg v. Hayes Motion" filed pro se by Mark Marvin (Doc. No. [140]) is DENIED to the extent it seeks dismissal of this action. Mr. Marvin is neither a party nor an intervenor and has not otherwise sought and obtained leave to participate in this action.

The Emergency and Ex Parte Motion to Intervene (Doc. No. [141]) filed pro se by Melvin Jones Jr. is DENIED. Even construed liberally, the submission fails to satisfy the movant's burden to establish entitlement to intervention pursuant to Fed. R. Civ. P. 24(a)−(b).

The Court directs the Clerk not to place any future filing by Mr. Young, Mr. Marvin, or Mr. Jones on the docket for this case unless the filing is a motion for reconsideration or a notice of appeal of this order.

(FGD)


**1:25−cv−10139−LTS Notice has been electronically mailed to:**

George W. Vien    gwv@dcglaw.com, jck@dcglaw.com, jdl@dcglaw.com, lam@dcglaw.com

Frank L. McNamara, Jr    franklmcnamara@gmail.com

Jonathan Benjamin Miller    jon@publicrightsproject.org

Andrew C. Coulam    andrew.coulam@ag.tn.gov

Katherine Connolly Sadeck    ksadeck@riag.ri.gov, kragosta@riag.ri.gov

Jared B. Cohen    jared.b.cohen@mass.gov

William M. Tong     ag.court.tong@ct.gov

Ryan P. McLane     ryan@mclanelaw.com, 3494083420@filings.docketbird.com, alexa@mclanelaw.com

Sean D. Magenis     sean.d.magenis@maine.gov, laura.solisfarias@maine.gov

Adam Kirschner     akirschner@oag.state.md.us

Christopher J. Hajec     chajec@irli.org

Gerard J. Cedrone     gerard.cedrone@mass.gov

Pietro A. Conte     pac@dcglaw.com

Nathaniel M. Lindzen     nlindzen@corpfraudlaw.com

Stacey M. Metro     stacey.metro@ag.ny.gov

Matthew James O'Brien     mobrien@irli.org, mattcrapo@recap.email, mcrapo@irli.org

Brad P. Rosenberg     brad.rosenberg@usdoj.gov, FedProg.ECF@usdoj.gov, bilqees.stover@usdoj.gov, matthew.l.carney@usdoj.gov

Viviana Maria Hanley     viviana.hanley@njoag.gov

Nicole Suzanne Hill     nicole.hill@dc.gov, Chloe.Pan@dc.gov, Jeremy.Girton@dc.gov

David Scott Louk     david.louk@sfcityatty.org, christine.hoang@sfcityatty.org, cmplxafflit@recap.email

Molly J. Alarcon     molly.alarcon@sfcityatty.org, christine.hoang@sfcityatty.org, cmplxafflit@recap.email

James Grayson     jgrayson@nmag.gov

Zoe Levine     zoe.levine@ag.ny.gov

Daniel Paul Mosteller     dmosteller@ncdoj.gov

Shannon Wells Stevenson     shannon.stevenson@coag.gov, alex.miller@coag.gov

Delbert Tran     delbert.tran@doj.ca.gov

Lorraine Lopez     lorraine.lopez@doj.ca.gov

Annabelle Cathryn Wilmott     annabelle.wilmott@doj.ca.gov

Marissa Malouff     marissa.malouff@doj.ca.gov

Denise Yesenia Levey     denise.levey@doj.ca.gov

Irina Trasovan     irina.trasovan@doj.ca.gov

Kalikoonalani Diara Fernandes     kaliko.d.fernandes@hawaii.gov, derek.r.matsumoto@hawaii.gov,

tammy.d.tam@hawaii.gov

Leonard Giarrano, IV     lgiarrano@riag.ri.gov, mspooner@riag.ri.gov

Toni L. Harris     harrist19@michigan.gov, JensonM1@michigan.gov, LaneL5@michigan.gov,
pungl@michigan.gov

Neil Giovanatti     giovanattin@michigan.gov, JensonM1@michigan.gov, LaneL5@michigan.gov,
SheltonE1@michigan.gov, pungl@michigan.gov

Stephanie M. Service     services3@michigan.gov, JensonM1@michigan.gov, LaneL5@michigan.gov,
montemayorm@michigan.gov, pungl@michigan.gov

John C. Keller     john.keller@ag.state.mn.us

Robert Charles Merritt     robert.c.merritt@usdoj.gov

Yuri Fuchs     yuri.s.fuchs@usdoj.gov

Janelle Medeiros     janelle.medeiros@ct.gov

Elizabeth R. Walsh     elizabeth.walsh@law.njoag.gov

Shefali Saxena     shefali.saxena@law.njoag.gov

Shankar Duraiswamy     shankar.duraiswamy@njoag.gov

Jeremy Feigenbaum     jeremy.feigenbaum@njoag.gov

Heidi Parry Stern     hstern@ag.nv.gov, rcarreau@ag.nv.gov, sgeyer@ag.nv.gov

Gabe Johnson–Karp     johnsonkarpg@doj.state.wi.us

Julio A Thompson     julio.thompson@vermont.gov

R. Trent McCotter     tmccotter@boydengray.com

Whitney D. Hermandorfer     whitney.hermandorfer@ag.tn.gov

James Matthew Rice     matt.rice@ag.tn.gov

Eric Hamilton     eric.hamilton@usdoj.gov

**1:25–cv–10139–LTS Notice will not be electronically mailed to:**

Leonard W. Houston(Terminated)
148 Deer Court Drive, Bldg. 4
Middletown, NY 10940

Mark Marvin
135 Mills Road
Walden, NY 12586

Rubin Young
14060 SW 258th St.
Homestead, FL 33032

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2025 FEB 24  PM 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

STATE OF NEW JERSEY, et al.
    Plaintiffs
    Against
DONALD TRUMP, et al.
    Defendants
MARK MARVIN, Petitioner

1:25-cv-10139-LTS

### NOTICE OF APPEAL

MARK MARVIN, Petitioner under *Branzburg v. Hayes*, (1972, 408 U.S. 665, 696), hereby notices this honorable court of his intention to appeal dismissal of his petition in this matter.

### CERIFICATE OF APPEALABILITY IS PROPER.

Petitioner notes that the court (February 13, 2025, 146) is in error in that *Branzburg* specifically permits intervention of right in event of felony. (generic common law ) The citizen's duty (is) to raise the hue and cry and report felonies...." *Roberts v. U.S.* 1980, 445 U.S. 552, 557-58, 100 S.Ct. 1358, 1362, citing: *Branzburg v. Hayes*, 1972, 408 U.S. 665, 696, 92 S.Ct. 2646, 2664) In this case the plaintiffs purport to represent the interests of children under birth right, but inconsistently support the death of these children by abortion, thereby establishing a conflict of interest disqualifying them from representing the class of children they support the death of.

The court cites F.R.C.P. 24 (1) which provides an unconditional right to intervene by statute. However *Branzburg v. Hayes* is a rule of the United States Supreme Court which must be held to have superior authority to a simple rule which the Supreme Court has constitutional authority to supersede or modify at will in the interests of justice.

Therefore intervention is proper and a certificate of appeability is necessary to prevent an injustice to defenseless children.

Yours,

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
February 15, 2025

To:

Clerk, U.S. District Court, 1 Courthouse Way, Boston, MA 02210

Office of the Attorney General of New Jersey, 25 Market St., Trenton, N.J.
08625

Office of the Attorney General, 300 South Spring St. Suite 1702, Los
Angeles, CA 90013-1230

U.S. Attorney General, Att: Eric Hamilton, Civil Div. Fed. Programs, 1100
L Street, NW, Washington, D.C. 20005

Feb 19 2025